IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, Blair L. Johnson<br><br>Plaintiffs,<br><br>vs.<br><br>City of Minneapolis,<br><br>Defendant. | Case No.: 20-cv-02049<br><br>MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles Halverson, and Blair L. Johnson by and through undersigned counsel, hereby move this Court for a temporary restraining order:

1.  Issue a temporary restraining order enjoining the City of Minneapolis from accepting or using CTCL's private federal election grant and other private federal election grants.

The motion for summary judgment and declaratory relief is supported by the Plaintiffs' memorandum of law filed in support of their motion, a declaration and attached exhibits, and arguments of counsel.

1

Dated: September 24, 2019        /s/Erick G. Kaardal
                                 Erick G. Kaardal, No. 1035141
                                 Special Counsel for Amistad Project of
                                 Thomas More Society
                                 Mohrman, Kaardal & Erickson, P.A.
                                 150 South Fifth Street, Suite 3100
                                 Minneapolis, Minnesota 55402
                                 Telephone: 612-341-1074
                                 Facsimile:  612-341-1076
                                 Email:  kaardal@mklaw.com
                                 *Attorneys for Plaintiffs*