UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Minnesota Voters Alliance, , Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,** | **Court File No. 20-CV-02049** |
| Plaintiffs, | **DECLARATION OF ERICK G. KAARDAL** |
| vs. | |
| **City of Minneapolis,** | |
| Defendant. | |

I, Erick G. Kaardal, being duly sworn, declares as follows:

1. I have personal knowledge of the following.

2. I am an attorney for the Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson.

3. Attached as Exhibit A is a copy of the grants page from the website of the Center for Tech and Civic Life.

4. Attached as Exhibit B is a copy of the Center for Tech and Civic Life's website page identifying the $250 million contribution it received from Dr. Priscilla Chan and Mark Zuckerberg;

5. Attached as Exhibit C is a copy of a Chicago NPR story "'Not Plain A': Charities Are Stepping Up To Pay For 2020 Elections," dated September 18, 2020.

6. Attached as Exhibit D is a copy of a report generated by the Minneapolis City Clerk's Office to the City Council's Policy & Government Oversight Committee, dated June 5, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2020                 /s/Erick G. Kaardal
                                                    Erick G. Kaardal

Hennepin County
State of Minnesota