UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>        Plaintiffs,<br><br>  v.<br><br>The City of Minneapolis;<br><br>        Defendant. | Civil Action No. 20-cv-02049 (MJD/TNL)<br><br><br><br>NOTICE OF APPEARANCE OF GREGORY P. SAUTTER |

TO: United States District Court, District Court Administrator, Diana E. Murphy United States Courthouse, 300 S. Fourth Street, Suite 202, Minneapolis, MN 55415, and to Plaintiffs above-named, Erick G. Kaardal, Mohrman, Kardal & Erickson, 150 S. Fifth Street, Suite 3100, Minneapolis, MN 55402.

Please be advised that Minneapolis Assistant City Attorney Gregory P. Sautter will represent and appear on behalf of Defendant City of Minneapolis in the above-entitled matter.

Dated: September 28, 2020

JAMES J. ROWADER, JR.
City Attorney
by

/s/ Gregory P. Sautter
GREGORY P. SAUTTER (#0326446)
Assistant City Attorneys
350 S. Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2683
Gregory.Sautter@minneapolismn.gov
*Attorneys for Defendant City of Minneapolis*