UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, Blair L. Johnson,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Minneapolis,<br><br>Defendant | Case No.: 20-cv-02049<br><br>**NOTICE OF HEARING** |

TO: ABOVE NAMED DEFENDANTS

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, Blair L. Johnson, by and through undersigned counsel, will bring on for hearing its Motion for a Temporary Restraining Order, before the Honorable Michael J. Davis, United States District Court Judge for the U.S. District Court for the District of Minnesota, in Courtroom 13E of the United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415 at a time to be determined by the Court.

Dated:  September 24, 2020.	**MOHRMAN, KAARDAL & ERICKSON, P.A.**

*/s/Erick G. Kaardal*
Erick G. Kaardal, No. 1035141
Special Counsel for Amistad Project of Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile:  612-341-1076
Email:  kaardal@mklaw.com
*Attorneys for Plaintiffs*