UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**NOTICE OF APPEARANCE OF CHARLES N. NAUEN** |

The undersigned attorney, Charles N. Nauen, hereby notifies the Court and counsel that he shall appear as counsel of record for Defendant City of Minneapolis and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him.

DATED:  October 1, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Charles N. Nauen
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Kristen G. Marttila (#346007)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
kgmarttila@locklaw.com

*Attorneys for Defendant*

553198.1