## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>      Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>      Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**NOTICE OF APPEARANCE OF DAVID J. ZOLL** |

The undersigned attorney, David J. Zoll, hereby notifies the Court and counsel that he shall appear as counsel of record for Defendant City of Minneapolis and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him.

DATED:  October 1, 2020                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                                    s/David J. Zoll
                                                    Charles N. Nauen (#121216)
                                                    David J. Zoll (#0330681)
                                                    Kristen G. Marttila (#346007)
                                                    100 Washington Avenue South, Suite 2200
                                                   Minneapolis, MN 55401
                                                   (612) 339-6900
                                                   cnnauen@locklaw.com
                                                   djzoll@locklaw.com
                                                   kgmarttila@locklaw.com

                                                   ***Attorneys for Defendant***