## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>　　　　　Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**NOTICE OF APPEARANCE OF KRISTEN G. MARTTILA** |

　　The undersigned attorney, Kristen G. Marttila, hereby notifies the Court and counsel that she shall appear as counsel of record for Defendant City of Minneapolis and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her.

DATED:  October 1, 2020　　　　　　　LOCKRIDGE GRINDAL NAUEN P.L.L.P.

　　　　　　　　　　　　　　　　　　　　s/Kristen G. Marttila
　　　　　　　　　　　　　　　　　　　　Charles N. Nauen (#121216)
　　　　　　　　　　　　　　　　　　　　David J. Zoll (#0330681)
　　　　　　　　　　　　　　　　　　　　Kristen G. Marttila (#346007)
　　　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 2200
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　(612) 339-6900
　　　　　　　　　　　　　　　　　　　　cnnauen@locklaw.com
　　　　　　　　　　　　　　　　　　　　djzoll@locklaw.com
　　　　　　　　　　　　　　　　　　　　kgmarttila@locklaw.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant***

553198.1