# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, Blair L. Johnson,<br><br>Plaintiffs,<br>vs.<br><br>City of Minneapolis,<br><br>Defendant. | **Court File No. 20-CV-02049**<br><br>**AMENDED NOTICE OF HEARING** |

TO: ABOVE NAMED DEFENDANTS

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, Blair L. Johnson, by and through undersigned counsel, will bring on for hearing its Motion for a Temporary Restraining Order, before the Honorable Michael J. Davis, United States District Court Judge for the U.S. District Court for the District of Minnesota, via Zoom videoconference, on October 15, 2020, at 1:00 p.m.

Dated: October 6, 2020.

/s/Erick G. Kaardal
Erick G. Kaardal, 229647
Special Counsel for Amistad Project of the Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis Minnesota 55402
Telephone: (612) 341-1074
Facsimile: (612) 341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*