UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>    Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**DECLARATION OF KRISTEN G. MARTTILA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Kristen G. Marttila, declare as follows.

1. I am a partner with Lockridge Grindal Nauen P.L.L.P. and am counsel for the Defendant City of Minneapolis. I submit this declaration in support of Defendant's opposition to Plaintiffs' motion for temporary restraining order.

2. Attached as **Exhibit A** is a true and correct copy of "Our Story" from the Center for Tech and Civic Life ("CTCL") website accessed on October 7, 2020 at https://www.techandciviclife.org/our-story/ .

3. Attached as **Exhibit B** is a true and correct copy of the posting entitled "CTCL Partners with U.S. Election Assistance Commission to Deliver Cybersecurity Training Nationwide," dated June 24, 2020 and accessed on October 7, 2020 at https://www.techandciviclife.org/eac-cybersecurity-training/ .

4. Attached as **Exhibit C** is a true and correct copy of the posting entitled "CTCL Statement on the Amistad Project," accessed on October 7, 2020 at

553414.1

https://www.techandciviclife.org/wp-content/uploads/2020/10/10.5.2020-Amistad-Project-1.pdf .

5. Attached as **Exhibit D** is a true and correct copy of the posting entitled "CTCL Partners with 5 Wisconsin Cities to Implement Safe Voting Plan," accessed on October 7, 2020 at https://www.techandciviclife.org/wisconsin-safe-voting-plan/ .

6. Attached as **Exhibit E** is a true and correct copy of the posting entitled "CTCL Announces COVID-19 Response Rural Grant Program," dated August 7, 2020 and accessed on October 7, 2020 at https://www.techandciviclife.org/covid-19-rural-grants/ .

7. Attached as **Exhibit F** is a true and correct copy of the posting entitled "Apply for COVID-19 Grant: CTCL Receives $250M Contribution to Support Critical Work of Election Officials," dated September 1, 2020 and accessed on October 7, 2020 at https://www.techandciviclife.org/open-call/ .

8. Attached as **Exhibit G** is a true and correct copy of the FAQ section in "Grants" posted on the CTCL website and accessed on October 7, 2020 at https://www.techandciviclife.org/our-work/election-officials/grants/ .

9. Attached as **Exhibit H** is a true and correct copy of the posting entitled "CTCL Grant Program Receives over 1,100 Applications and Counting," dated September 25, 2020 and accessed October 7, 2020 at https://www.techandciviclife.org/grant-update-september/ .

10. Attached as **Exhibit I** is a true and correct copy of the Order Denying Motion for Temporary Restraining Order and Establishing Briefing Schedule filed in *Election*

*Integrity Fund, et al. v. City of Lansing, et al.*, Civil No. 1:20-cv-00950-PLM-RSK (W.D. Mich.) on October 2, 2020.

11. Attached as **Exhibit J** is a true and correct copy of the HAVA Elections Complaint Form, downloaded from the Minnesota Secretary of State's website on September 30, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2020, Minneapolis, Minnesota.

s/Kristen G. Marttila<br>
Kristen G. Marttila

553414.1

3