# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,** | **Court File NO. 20-CV-02049** |
| Plaintiffs, | |
| vs. | **DECLARATION OF ERICK G. KAARDAL** |
| **City of Minneapolis,** | |
| Defendant. | |

I, Erick G. Kaardal, being duly sworn, declares as follows:

1. I have personal knowledge of the following.

2. I am an attorney for the Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson.

3. Attached as Exhibit A is a copy of the October 9, 2020 letter from Stillwater Technical Solutions.

4. Attached as Exhibit B is copy of the Center for Technology and Civic Life Public/Private Partnership Grant Awards Administrative History, Chronology, and Issues.

5. Attached as Exhibit C is a copy of a Petition for Permanent Injunction and Declaratory Judgment, State of Louisiana v Center for Tech and Civic Life, et al., Parish of St. Martin, Louisiana, Court File No. 89811, October 2, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 12, 2020         /s/Erick G. Kaardal
                                 Erick G. Kaardal