**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Attorneys at Law

www.locklaw.com

**Kristen G. Marttila**
kgmarttila@locklaw.com
Phone: 612.339.6900

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

October 14, 2020

<u>**VIA E-FILING**</u>
Hon. Michael J. Davis
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

      Re:   *Minnesota Voters Alliance, et al. v. City of Minneapolis*,
             Civ. No. 20-CV-02049 (MJD/TNL)

Dear Judge Davis:

    I write on behalf of Defendant City of Minneapolis to alert the Court to recently issued supplemental legal authority that is relevant to issues raised in the above-captioned matter.

    As Defendant mentioned in its brief opposing Plaintiffs' motion for preliminary injunctive relief, Plaintiffs' counsel (or his firm) have filed substantively identical challenges to election grants accepted by numerous counties and cities around the United States. One such case is *Wisconsin Voters Alliance, et al. v. City of Racine, et al.*, Case No. 1:20-cv-01487-WCG (E.D. Wis.). A decision denying the temporary restraining order sought by plaintiffs in that case was issued today. In particular, the court found that plaintiffs in that case had not demonstrated a likelihood of success on the merits of any of their claims. That conclusion applies in equal force to the motion currently pending before this Court.

    At the time of this letter, *Wisconsin Voters Alliance* had not yet been published on Westlaw; therefore I attach a copy for ease of reference. Pursuant to Local Rule 7.1, I have obtained permission from chambers to file this letter drawing the Court's attention to this new judicial decision. Thank you for your consideration.

                                          Very truly yours,

                                          LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                          **s/ Kristen G. Marttila**

                                          Kristen G. Marttila

Enclosure

553641.1