UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>　　　　Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT** |

　　　　Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson (collectively "Plaintiffs") and Defendant City of Minneapolis ("the City"), through their undersigned counsel, hereby stipulate and agree as follows:

　　　　1.　　Plaintiffs filed a complaint against the City on September 24, 2020 (ECF No. 1) challenging certain aspects of the City's funding for the 2020 election administration, to be held Tuesday, November 3.

　　　　2.　　Plaintiffs filed a motion for temporary restraining order on September 29, 2020 (ECF Nos. 7-11), the City responded on October 9, 2020 (ECF Nos. 17-19), and Plaintiffs' reply was filed on October 12, 2020 (ECF Nos. 20-21).

　　　　3.　　This Court denied the motion for temporary restraining order on October 16, 2020 (ECF No. 25).

　　　　4.　　The deadline for Defendant's Answer to Plaintiffs' Complaint is currently October 26, 2020.

5. The parties agreed to extend the deadline to answer until after the election.

6. The Parties hereby jointly request an extension for Defendant's deadline to answer or otherwise respond to the Complaint until November 17, 2020.

7. The Parties believe good cause exists for this extension because it will allow the Parties to consider the impact of the Court's order denying Plaintiffs' motion for a temporary restraining order, as well as the completion of the November 3 general election, on this litigation.

8. No other deadlines will be affected with this extension.

**STIPULATED TO:**

Dated:  October 26, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Kristen G. Marttila
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Kristen G. Marttila (#346007)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
kgmarttila@locklaw.com

Gregory P. Sautter (#0326446)
Assistant City Attorney
City of Minneapolis
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 673-2683
gregory.sautter@minneapolismn.gov

*Attorneys for Defendant*

Dated: October 26, 2020  MOHRMAN, KAARDAL & ERICKSON, P.A.

*s/William F. Mohrman*
Erick G. Kaardal (#229647)
William F. Mohrman (#168816)
Special Counsel for Amistad Project of the
Thomas More Society
150 South Fifth Street, Suite 3100
Minneapolis Minnesota 55402
(612) 341-1074
kaardal@mklaw.com
mohrman@mklaw.com

*Attorneys for Plaintiffs*