## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>   Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>   Defendant. | Civil No. 0:20-cv-02049 (MJD/TNL)<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT** |

Pursuant to the Stipulation (ECF No. 26) between Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson and Defendant City of Minneapolis, and for good cause shown, the Court hereby orders that:

1. Defendants may answer or otherwise respond to Plaintiffs' Complaint on or before November 17, 2020; and

2. No other deadlines will be affected with this extension.

IT IS SO ORDERED.

Dated: October 27, 2020     *s/Tony N. Leung*_____
                The Honorable Tony N. Leung
                United States Magistrate Judge