UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson, | Civil No. 0:20-cv-02049-MJD-TNL |
| Plaintiffs, | **MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| v. | |
| City of Minneapolis, | |
| Defendant. | |

Defendant City of Minneapolis hereby moves this Court to dismiss Plaintiffs' Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion to Dismiss is based upon the grounds set forth in the accompanying memorandum of law submitted pursuant to the above-referenced rules and Local Rule 7.1 and all of the files, records, and proceedings in this matter.

Dated:  November 25, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Charles N. Nauen
Charles N. Nauen (#121216)
David J. Zoll (#0330681)
Kristen G. Marttila (#346007)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
cnnauen@locklaw.com
djzoll@locklaw.com
kgmarttila@locklaw.com

554589.1

                                        Gregory P. Sautter (#0326446)
                                        Assistant City Attorney
                                        City of Minneapolis
                                        City Hall, Room 210
                                        350 South Fifth Street
                                        Minneapolis, MN 55415
                                        (612) 673-2683
                                        gregory.sautter@minneapolismn.gov

                                        *Attorneys for Defendant*