UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>                Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>                Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

    PLEASE TAKE NOTICE that Defendant City of Minneapolis's Motion to Dismiss will be heard at a date and time to be determined before the Honorable Michael J. Davis, United States District Court Judge, via videoconference technology.  This motion is based on the memorandum of law and supporting papers filed herewith and all files, records, and proceedings herein.

Dated:  November 25, 2020        LOCKRIDGE GRINDAL NAUEN P.L.L.P.

        s/Charles N. Nauen
        Charles N. Nauen (#121216)
        David J. Zoll (#0330681)
        Kristen G. Marttila (#346007)
        100 Washington Avenue South, Suite 2200
        Minneapolis, MN 55401
        (612) 339-6900
        cnnauen@locklaw.com
        djzoll@locklaw.com
        kgmarttila@locklaw.com

554590.1

Gregory P. Sautter (#0326446)
Assistant City Attorney
City of Minneapolis
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 673-2683
gregory.sautter@minneapolismn.gov

*Attorneys for Defendant*