UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>   Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>   Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**AFFIDAVIT OF KRISTEN G. MARTTILA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

STATE OF MINNESOTA )
          ) ss.
COUNTY OF HENNEPIN )

  Kristen G. Marttila, first affirming the truth of the following statements, states:

  1. I am a partner with the law firm of Lockridge Grindal Nauen P.L.L.P. I am counsel for Defendant City of Minneapolis (the "City") and I submit this Affidavit in support of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint.

  2. Attached as Exhibit A is a true and correct copy of the Grant Agreement between the City and the Center for Tech and Civic Life ("CTCL").

  3. Attached as Exhibit B is a true and correct copy of the City's legislative record authorizing the City to submit the grant application to CTCL, effective September 26, 2020.

  4. Attached as Exhibit C is a true and correct copy of the City's legislative record accepting the grant from CTCL, effective October 10 2020.

554799.1

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                                                     s/Kristen G. Marttila
                                                                     Kristen G. Marttila

Signed and sworn to before me this
25th day of November, 2020.

s/Heather N. Potteiger
Notary Public – State of Minnesota
My Commission Expires:  Jan. 31, 2025

554799.1                                               2