UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>    Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**LOCAL RULE 7.1 MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a)(1), Defendant City of Minneapolis hereby states that its counsel emailed Plaintiffs' counsel to meet and confer but has not yet received a response as to whether Plaintiffs' counsel will agree to dismiss the Amended Complaint. Defendant will supplement this meet and confer statement when Plaintiffs respond to Defendant's inquiry.

| | |
|---|---|
| Dated:  November 25, 2020 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br><br>s/Charles N. Nauen<br>Charles N. Nauen (#121216)<br>David J. Zoll (#0330681)<br>Kristen G. Marttila (#346007)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>cnnauen@locklaw.com<br>djzoll@locklaw.com<br>kgmarttila@locklaw.com |

554592.1

Gregory P. Sautter (#0326446)
Assistant City Attorney
City of Minneapolis
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 673-2683
gregory.sautter@minneapolismn.gov

*Attorneys for Defendant*