**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson,<br><br>      Plaintiffs,<br><br>v.<br><br>City of Minneapolis,<br><br>      Defendant. | Civil No. 0:20-cv-02049-MJD-TNL<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The above-captioned matter came on for hearing before the undersigned upon Defendant's Motion to Dismiss [Doc. No. 30]. Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Plaintiffs' Amended Complaint is DISMISSED WITH PREJUDICE.

Dated: _____        _____
                                                                           The Honorable Michael J. Davis
                                                                           United States District Court Judge

554591.1