## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA VOTERS ALLIANCE, ET AL., | CIVIL NO. 20-CV-2049 (MJD/TNL) |
| PLAINTIFFS, | |
| V. | **ORDER** |
| CITY OF MINNEAPOLIS, | |
| DEFENDANT. | |

TO:   Plaintiffs and Plaintiffs' attorneys: Erick G. Kaardal, Gregory M. Erickson, and William F. Mohrman, Mohrman, Kaardal & Erickson, P.A., 150 South Fifth Street, Suite 3100, Minneapolis, MN 55402.

Defendant and Defendant's attorneys: Charles N. Nauen, David J. Zoll, and Kristen G. Marttila, Lockridge Grindal Nauen PLLP, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401; and Gregory P. Sautter, Office of the City Attorney, 350 South Fifth Street, City Hall, Room 210, Minneapolis, MN 55415.

On November 25, 2020, a Motion to Dismiss (ECF No. 30) was filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: November 25, 2020

                                                                                                    *s/Tony N. Leung*
                                                                Magistrate Judge Tony N. Leung
                                                                United States District Court