UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, Blair L. Johnson,<br><br>Plaintiffs,<br>vs.<br><br>City of Minneapolis,<br><br>Defendants. | Case No.  20-CV-02049 MJD/TNL<br><br>**Voluntary Dismissal Under Rule 41 Without Prejudice** |

The Plaintiffs Minnesota Voters Alliance, Ronald Moey, Marissa Skaja, Charles R. Halverson, and Blair L. Johnson voluntarily dismiss their Amended Complaint against the Defendant City of Minneapolis under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice.

Dated:  January 4, 2021

/s/ *Erick G. Kaardal*
Erick G. Kaardal, No. 1035141
Special Counsel to Amistad Project
of the Thomas More Society
Gregory M. Erickson, 1050298
William F. Mohrman, 168816
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Email:  kaardal@mklaw.com
*Attorneys for Plaintiffs*